```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                          TIME : 01/05/2023 16:12
                          NAME : 2ND COA
                          FAX  : 8178841932
                          TEL  : 8178841900
                          SER.# : BROJ6J623997

DATE,TIME           01/05  16:11
FAX NO./NAME        89724344771
DURATION            00:01:00
PAGE(S)             03
RESULT              OK
MODE                STANDARD
```



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

**CHIEF JUSTICE**
BONNIE SUDDERTH

**JUSTICES**
ELIZABETH KERR
J. WADE BIRDWELL
DABNEY BASSEL
DANA WOMACK
MIKE WALLACH
BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

**CLERK**
DEBRA SPISAK

**CHIEF STAFF ATTORNEY**
LISA M. WEST

**GENERAL COUNSEL**
CLARISSA HODGES

## FAX TRANSMISSION

TO:                                  FAX NO.:

DAN ROCHELLE                         972-434-4771
CONSTABLE, PRECINCT 3
GOVERNMENT CENTER
400 N. VALLEY PKWY., STE. 2044
LEWISVILLE, TX  75067
PHONE: 972-434-4770

FROM:  Rose M. Stewart, Deputy Clerk

DATE:  January 5, 2023

NO. OF PAGES:__3__ (including this page)



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

# FAX TRANSMISSION

TO:                                        FAX NO.:

DAN ROCHELLE                               972-434-4771
CONSTABLE, PRECINCT 3
GOVERNMENT CENTER
400 N. VALLEY PKWY., STE. 2044
LEWISVILLE, TX  75067
PHONE: 972-434-4770


FROM:  Rose M. Stewart, Deputy Clerk

DATE:  January 5, 2023

NO. OF PAGES:__3__ (including this page)


RE:    Court of Appeals Number:   02-22-00480-CV
       Trial Court Case Number:   CV-2022-03594-JP

Style:   Jacqueline Waldroup
         v.
         Somerset Apartments


MESSAGE:

JAN. 5 2023 ORDER GRANTING TEMPORARY STY OF THE TRIAL
COURT'S WRIT OF POSSESSION